No. 91–7804. BUFFERD *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Motion of petitioner for leave to proceed *in*

*forma pauperis* granted. Certiorari granted.